# Third District Court of Appeal

## State of Florida

Opinion filed October 16, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1435
Lower Tribunal Nos. F23-9443, F23-9767
_____

**Charles Booker,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Charles Booker, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOBREE, BOKOR and GOODEN, JJ.

PER CURIAM.

The Department of Corrections' website showed that Charles Booker's sentences were running consecutively, not concurrently—as it was ordered. As a result, Charles Booker filed a motion to clarify his sentence under Florida Rule of Criminal Procedure 3.800. While the trial court initially denied the motion, it eventually granted Booker all the relief he requested. It clarified Booker's sentence accordingly and the issue was corrected.

Nevertheless, Booker filed an appeal with this Court seeking review of the order fully granting his requested relief. Because the order was not adverse to him, we hereby dismiss the appeal. See Credit Indus. Co. v. Remark Chem. Co., 67 So. 2d 540, 541 (Fla. 1953); Earl v. State, 276 So. 3d 359, 361 (Fla. 1st DCA 2019), approved, 314 So. 3d 1253 (Fla. 2021).

Dismissed.